IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIEN DO,

    Plaintiff,

v.

HOLLINS LAW P.C.,

    Defendant.
_____/

No. C 13-01322 JSW

**ORDER RE MOTION TO TRANSFER**

On April 25, 2013, Defendant Hollins Law, P.C. filed a motion to transfer venue for May 17, 2013 at 9:30 a.m. before Magistrate Judge Spero. However, this case was reassigned to the undersigned Judge on April 11, 2013. Accordingly, the Court HEREBY ORDERS Defendant to re-notice the motion to an open and available date on this Court's calendar, in accordance with Northern District Civil Local Rule 7-2(a). Defendant shall not re-file the entire motion. Rather, it merely shall file a re-notice of the hearing date. In addition, this Order does not alter the briefing schedule that was triggered by the filing of the motion, as set forth in Civil Local Rules 7-3(a) and 7-3(c).

**IT IS SO ORDERED.**

Dated: April 26, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE