IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEN DO,<br><br>    Plaintiff,<br><br>  v.<br><br>HOLLINS LAW P.C.,<br><br>    Defendant.<br>_____/ | No. C 13-01322 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DENYING AS MOOT MOTION TO APPEAR BY TELEPHONE**<br><br>**(Docket No. 31)** |

In light of the pending motions, the Court VACATES the case management conference scheduled for June 21, 2013 at 1:30 p.m. The Court shall re-schedule that conference, if necessary, once it resolves the pending motion to transfer and the pending motion to dismiss. Accordingly, the Court DENIES AS MOOT Defendant's motion to appear by telephone at the case management conference. (Docket No. 31)

**IT IS SO ORDERED.**

Dated: June 12, 2013

                                                JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE