IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIEN DO,

    Plaintiff,

v.

HOLLINS LAW P.C.,

    Defendant.

_____/

No. C 13-01322 JSW

**ORDER CONTINUING HEARINGS AND DENYING MOTIONS TO APPEAR BY TELEPHONE WITHOUT PREJUDICE**

**(Docket Nos. 30, 32)**

The Court HEREBY CONTINUES the hearings on the motion to transfer and the motion to dismiss from June 21, 2013 and July 12, 2013, respectively, to July 26, 2013 at 9:00 a.m. The Court DENIES WITHOUT PREJUDICE the motions to appear by telephone at that hearing. The Court notes that it prefers counsel to appear in person for motion hearings. However, the Court shall permit counsel to renew their request to appear by phone, but they must show good cause for their requests.

If the Court finds either of the motions suitable for disposition without oral argument, it will notify the parties in advance of the new hearing date.

**IT IS SO ORDERED.**

Dated: June 17, 2013

                                                                                         JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE