1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    VIEN DO,

10            Plaintiff,                    No. C 13-01322 JSW

11   v.                              **ORDER REQUIRING RESPONSE
                                     TO MOTION TO STRIKE REPLY
12   HOLLINS LAW P.C.,                 BRIEF**

13            Defendant.

14   _____/

15        On June 19, 2013, Plaintiff filed an "objection to reply evidence," which is actually a

16   motion to strike the reply brief.  The Court HEREBY ORDERS Defendant to file a response to

17   the motion to strike by no later than 3:00 p.m. on June 25, 2013.

18        **IT IS SO ORDERED.**

19   Dated: June 20, 2013              _____
                                       JEFFREY S. WHITE
20                                     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California