IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEN DO, | No. C 13-01322 JSW |
| Plaintiff, | **ORDER VACATING HEARING ON MOTION TO DISMISS; DENYING OBJECTION TO REPLY; AND DENYING AS MOOT SECOND MOTION TO APPEAR BY PHONE** |
| v. | |
| HOLLINS LAW P.C., | |
| Defendant. | |

This matter is scheduled for a hearing on July 26, 2013 to consider Defendant's Motion to Dismiss. The Court finds the motion suitable for disposition without oral argument, and it HEREBY VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). The Court shall issue a written ruling in due course. The Court also has considered Plaintiff's objection to Defendant's reply, and it denies the objection and denies Plaintiff's request to strike that brief. Defendant responded to a legal argument raised by Plaintiff in the opposition, rather than presenting new evidence. Further, the Court concludes that a sur-reply is not necessary, because it does not require additional legal argument on that issue. Finally, the Court DENIES AS MOOT the motion to appear by telephone filed by Defendant.

**IT IS SO ORDERED.**

Dated: July 18, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE