**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

VIEN DO,                                    )   **Case No.: 3:13-cv-01322-VC**
                                            )
      Plaintiff,    )
                                            )   ~~[proposed]~~ **ORDER** AS MODIFIED
   v.                           )
                                            )
HOLLINS LAW, P.C.                           )
                                            )
      Defendant.    )
                                            )

As stipulated by the parties, the present matter is hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own fees and costs.

The Clerk is  directed to close the case.

Date: May 8, 2014

                                            Hon. Vince Chhabria
                                            United States District Judge